**91–674.** Bachman v. Ramsey. *Franklin County*, No. 90AP–896. Reported at 62 Ohio St.3d 1404, 577 N.E.2d 358. On motion for rehearing. Rehearing denied.

**91–733.** Smith v. Lazirko. *Ashland County*, No. CA–972. Reported at 62 Ohio St.3d 1404, 577 N.E.2d 358. On motion for rehearing. Rehearing denied.

**91–785.** Holzhauser v. Harkins. *Franklin County*, No. 90AP–1006. Reported at 62 Ohio St.3d 1408, 577 N.E.2d 361. On motion for rehearing. Rehearing denied.

HOLMES, J., dissents.

**91–829.** State v. Haley. *Greene County*, No. 90–CA–79. Reported at 62 Ohio St.3d 1408, 577 N.E.2d 361. On motion for rehearing. Rehearing denied.

**91–1060.** Crock v. Crock. *Noble County*, No. 202. Reported at 62 Ohio St.3d 1409, 577 N.E.2d 361. On motion for rehearing. Rehearing denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.